PHILIP R. SELLINGER
United States Attorney
PAUL W. KAUFMAN
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
Tel. (856) 757-5230
paul.kaufman2@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ZACHARY HOLTZMAN,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>Dr. DAVID P. MAY; SHORE MEMORIAL HOSPITAL d/b/a SHORE MEDICAL CENTER,<br><br>                    *Defendants*. | HON. JOSEPH H. RODRIGUEZ<br><br>*Civil Action No.* 23-03680 (JHR) (AMD)<br><br>**ORDER** |

Plaintiff United States of America (United States) has submitted to the Court its notice to intervene for settlement purposes and request for partial lifting of the seal in this matter.

IT IS THEREFORE ORDERED that the Relators' complaint, any amended complaints, the United States' Notice of Intervention, and this Order shall be unsealed on the docket.

IT IS FURTHER ORDERED that all other papers or Orders on file in this matter shall remain under seal.

IT IS FURTHER ORDERED the seal shall be lifted on all matters

occurring in this action after the date of this Order.

SO ORDERED this 9th day of
August, 2024.

Honorable Joseph H. Rodriguez
United States District Judge